AO 106 (Rev. 04/10) Application for a Search Warrant

Case 1:12-mj-04639-SKG   Document 2   Filed 12/05/12   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
District of Maryland

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 05 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Six (6) cell phones and one (1) "i-Pad" to be further described in Attachment A. )
)
)

Case No. 12-4639 SKG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

x evidence of a crime;

x contraband, fruits of crime, or other items illegally possessed;

x property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §1343 | Wire Fraud and Aggravated Identity Theft |
| 18 USC §1028A | |

The application is based on these facts:

x Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Kathleen N. Beaton, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___Nov 19, 2012___

_____
Judge's signature

City and state: Baltimore, MD

Susan K. Gauvey, United States Magistrate Judge
*Printed name and title*